No. 490.   GROSS ET AL. *v.* TITLE INSURANCE & TRUST CO. ET AL. Decided December 19, 1938.   *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction.   Section 238, Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 938); § 266, Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 938); *Stratton v. St. Louis S. W. Ry.*, 282 U. S. 10, 15–16; U. S. *Naturopathic Assn.* v. *Chiropractic League,* 296 U. S. 539. *Messrs. Henry Gross, pro se,* and *Calvin S. Mauk* for appellants.   *Mr. Arch H. Vernon* for Title Guarantee & Trust Co. et al., and *Mr. U. S. Webb,* Attorney General, for State of California, appellees.

No. —.   ARROW DISTILLERIES, INC. *v.* ALEXANDER, ADMINISTRATOR OF THE FEDERAL ALCOHOL ADMINISTRATION.   December 19, 1938.   Petition for injunction denied.